1  BINGHAM McCUTCHEN LLP
   Michael I. Begert (SBN 141969)
2  michael.begert@bingham.com
   Frank Kennamer (SBN 157844)
3  frank.kennamer@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  (415) 393-2000
5  Fax:  (415) 393-2286

6
   Attorneys for Defendant
7  LOUISIANA-PACIFIC CORPORATION

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  CAROL POSTIER, individually and on behalf of all others similarly situated, | No. CV 09 3290 JCS |
| 13         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** |
| 14  v. | |
| 15  LOUISIANA-PACIFIC CORP., and DOES 1-20, | Date:  September 25, 2009 |
| 16         Defendants. | Time:  9:30 a.m.<br>Dept:  Courtroom A (15th Floor)<br>       (Magistrate Joseph C. Spero) |

17

18        The parties to this action have each filed motions that the Court has set for hearing on

19  September 25, 2009;

20        LP's motion is to dismiss Plaintiff's damages claim under the California Consumer Legal

21  Remedies Act, Cal. Civ. Code § § 1750, *et seq*. (the "CLRA Damages Claim") pursuant to Fed.

22  R. Civ. Proc. 12(b)(6), to strike Plaintiff's CLRA Damages Claim pursuant to Fed. R. Civ. Proc.

23  12(f), and to dismiss Plaintiff's claim for breach of implied warranty pursuant to Fed. R. Civ.

24  Proc. 12(b)(6);

25        Plaintiff's motion is to strike the Declaration of Frank Kennamer submitted in support of

26  LP's motion pursuant to Cal. Code Civ. Proc. § 435 *et seq*.;

27

28

1    The parties have met and conferred about seeking a continuance of the hearing date for
2    their motions, and have been advised by the clerk for this Court that the motions may be heard
3    on October 9, 2009 at 9:30 a.m.;
4    The parties seek a continuance in order to allow additional time to consider whether a
5    basis exists to explore settlement of this action;
6    Accordingly, LP and Plaintiffs stipulate and respectfully request that the Court continue
7    the hearing date for their respective motions from September 25, 2009 to October 9, 2009 at 9:30
8    a.m.

9    DATED:  September 8, 2009          BINGHAM MCCUTCHEN LLP

11                                      By:_____/s/_____
12                                            FRANK KENNAMER
                                              Attorneys for Defendant
13                                            Louisiana-Pacific Corporation

14   DATED:  September 8, 2009          AUDET & PARTNERS, LLP

16                                      By:_____/s/_____
17                                            JOSHUA C. EZRIN
                                              Attorneys for Plaintiff
18                                            And the Proposed Class

19   GOOD CAUSE APPEARING, IT IS SO ORDERED.

21   DATED:  ___Sept. 8, 2009_____

24                                      THE HONORABLE JOSEPH C. SPERO

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]