UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carol Postier

                          CASE NO. C 09-03290 JCS

            Plaintiff(s),

      v.                         STIPULATION AND [~~PROPOSED~~]
Louisiana-Pacific Corp.               ORDER SELECTING ADR PROCESS

            Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*) _____
The parties are exploring whether to conduct mediation with the Hon. Fern Smith (Retired) of JAMS.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   January 15, 2010.


Dated: 10/27/2009                                  Joshua Ezrin
                                                       Attorney for Plaintiff

Dated: 10/27/2009                                  Frank Kennamer, Bingham McCutchen
                                                       Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
  X  Private ADR

    Deadline for ADR session
        90 days from the date of this order.
  X  other  to occur by January 15, 2010

IT IS SO ORDERED.

Dated: October 28, 2009



Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE