William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Michael McShane (CA State Bar #127944)
mmcshane@audetlaw.com
Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL POSTIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUISIANA-PACIFIC CORP.<br><br>Defendants. | CASE No. CV 09-3290 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom A (15th Floor)<br><br>Magistrate Judge Joseph C. Spero |

Plaintiff Carol Postier and Defendant Louisiana-Pacific, by and through their respective counsel, hereby stipulate to the following and ask the Court to enter the Proposed Order set forth below:

1. WHEREAS on January 12, 2010, the parties participated in a full day mediation session before Hon. Fern Smith (Ret.) at the JAMS offices in San Francisco, California, at which time the basic terms of a settlement were discussed;

2. WHEREAS the parties have agreed to return to JAMS for another mediation session with Judge Smith on February 22, 2010;

3. WHEREAS the parties intend to file a report for the Court on the results of that mediation on or before March 1, 2010;

4. WHEREAS the parties hereby jointly request that the Court continue the Case

1  Management Conference currently scheduled for January 22, 2010 until March 5, 2010, or a

2  subsequent date that the Court deems appropriate;

3      5.   THEREFORE the parties request that the Court enter the proposed Order below.

4

5  DATED:  January 13, 2010        AUDET & PARTNERS, LLP

6

7          By:      /s/
        JOSHUA C. EZRIN
        Attorneys for Plaintiff

8

9  DATED:  January 13, 2010        BINGHAM McCUTCHEN, LLP

10

11         By:      /s/
        MICHAEL I. BEGERT

12         Attorneys for Defendant

13

14 **[PROPOSED] ORDER**

15  Based on the foregoing stipulation of the parties, it is the ORDER of this Court that the

16 Case Management Conference scheduled for January 22, 2010 at 1:30 p.m. in Courtroom A, 15th

17 Floor, of the above-captioned Court, is hereby continued to March 5, 2010 at 1:30 p.m.

18  IT IS SO ORDERED.

19 DATED:  Jan. 19, 2010

20

21         Magistrate Judge Joseph C. Spero

22

23

24

25

26

27

28

1
JOINT STIPULATION AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE