William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Michael McShane (CA State Bar #127944)
mmcshane@audetlaw.com
Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL POSTIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUISIANA-PACIFIC CORP.<br><br>Defendants. | CASE No. CV 09-3290 JCS<br><br>**FURTHER JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom A (15th Floor)<br>Magistrate Judge Joseph C. Spero |

The parties in the above-entitled action, by and through their respective attorneys, hereby stipulate to the following and ask the Court to enter the Proposed Order set forth below:

1. WHEREAS on January 12, 2010, the parties participated in a full day mediation session before Hon. Fern Smith (Ret.) at the JAMS offices in San Francisco, California, at which time the basic terms of a settlement were discussed;

2. WHEREAS the parties returned to JAMS for a productive second day of mediation with Judge Smith on February 22, 2010; and

3. WHEREAS the parties have agreed to return for a third mediation session with Judge Smith on March 10, 2010;

4. WHEREAS the parties hereby jointly request that the Court continue the Case Management Conference currently scheduled to be heard on March 5, 2010 for 45 days to allow

1 | the parties to participate in the third day of mediation before reporting to the Court on the status
2 | of the parties' efforts to resolve this matter;
3 |     5.  THEREFORE the parties request that the Court enter the proposed Order below.

DATED: February 25, 2010    AUDET & PARTNERS, LLP

By: /s/
JOSHUA C. EZRIN
Attorneys for Plaintiff

DATED: February 25, 2010    BINGHAM MCCUTCHEN, LLP

By: /s/
MICHAEL I. BEGERT
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, it is the ORDER of this Court that the Case Management Conference scheduled to be held on March 5, 2010 at 1:30 p.m. in Courtroom A, 15th Floor, of the above-captioned Court, be continued 45 days to April 23, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: Feb. 25, 2010

Magistrate Judge Joseph C. Spero