1 | William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
2 | Michael McShane (CA State Bar #127944)
mmcshane@audetlaw.com
3 | Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
4 | AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
5 | San Francisco CA 94105
Telephone: 415.568.2555
6 | Facsimile: 415.568.2556

7 | *Attorneys for Plaintiff*
*and the Proposed Class*
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

| CAROL POSTIER, on behalf of herself and all others similarly situated, | |
|---|---|
| Plaintiff, | CASE No. CV 09-3290 JCS |
| v. | **FURTHER JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| LOUISIANA-PACIFIC CORP., | Dept: Courtroom A (15th Floor) |
| Defendants. | Magistrate Judge Joseph C. Spero |

The parties in the above-entitled action, by and through their respective attorneys, hereby stipulate to the following and ask the Court to enter the Proposed Order set forth below:

1. WHEREAS on January 12, 2010, the parties participated in a full day mediation session before Hon. Fern Smith (Ret.) at the JAMS offices in San Francisco, California, at which time the basic terms of a settlement were discussed;

2. WHEREAS the parties returned to JAMS for a productive second day of mediation with Judge Smith on February 22, 2010; and

3. WHEREAS the parties returned for a third half-day mediation session with Judge Smith on March 10, 2010, at which time a draft settlement agreement was exchanged;

4. WHEREAS the parties have continued their discussions and have agreed to return for a fourth mediation session with Judge Smith on May 19, 2010;

1      5.  WHEREAS the parties hereby jointly request that the Court continue the Case Management Conference currently scheduled to be heard on April 23, 2010 for a minimum of 45 days to allow the parties to participate in the third day of mediation before reporting to the Court on the status of the parties' efforts to resolve this matter;

      6.  THEREFORE the parties request that the Court enter the proposed Order below.

DATED: April 16, 2010      AUDET & PARTNERS, LLP

By: /s/
JOSHUA C. EZRIN
Attorneys for Plaintiff

DATED: April 16, 2010      BINGHAM MCCUTCHEN, LLP

By: /s/
MICHAEL I. BEGERT
Attorneys for Defendant

### [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, it is the ORDER of this Court that the Case Management Conference scheduled to be held on April 23, 2010 at 1:30 p.m. in Courtroom A, 15th Floor, of the above-captioned Court, be continued 45 days to June 18, ~~11~~, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 04/19/2010

Magistrate Judge Joseph C. Spero

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero