1  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
2  Michael McShane (CA State Bar #127944)
   mmcshane@audetlaw.com
3  Joshua C. Ezrin (CA State Bar #220157)
   jezrin@audetlaw.com
4  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
5  San Francisco CA 94105
   Telephone: 415.568.2555
6  Facsimile: 415.568.2556

7  *Attorneys for Plaintiff
   and the Proposed Class*

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL POSTIER, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>LOUISIANA-PACIFIC CORP.,<br><br>  Defendants. | CASE No. CV 09-3290 JCS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CANCELLING CASE MANAGEMENT CONFERENCE**<br><br>Dept:  Courtroom A (15th Floor)<br>Magistrate Judge Joseph C. Spero |

The parties in the above-entitled action, by and through their respective attorneys, hereby stipulate to the following and ask the Court to enter the Proposed Order set forth below:

1. WHEREAS, the Parties participated in formal mediation before Judge Fern Smith (Ret.) at the JAMS offices in San Francisco, California on January 12, 2010, February 22, 2010, March 10, 2010, and May 19, 2010, at which time substantial settlement negotiations took place between the Parties; and

2. WHEREAS, additional substantial settlement negotiations took place between the Parties, and, as a result, a nationwide class action Settlement Agreement has been reached, subject to the Court approval process set forth herein; and

3. WHEREAS the Parties are currently drafting a joint Motion for an Order Granting Preliminary Approval of the Settlement to be heard on October 15, 2010,

1

STIPULATION AND [~~PROPOSED~~] ORDER CANCELLING CASE MANAGEMENT CONFERENCE

1    4. WHEREAS, in the interest of judicial economy and to avoid unnecessary
2 expenditures, the Parties hereby jointly request that the Court take off calendar the Case
3 Management Conference currently scheduled to be heard on September 17, 2010, pending the
4 filing and hearing of said Motion on October 15, 2010.

5    5. WHEREAS, the Parties request that the joint Motion for an Order Granting
6 Preliminary Approval of the Settlement be filed on shortened time, not less than 14 days before
7 the October 15, 2010 hearing;

8    6. THEREFORE the Parties request that the Court enter the proposed Order below.

DATED: September 9, 2010    AUDET & PARTNERS, LLP

By: _____/s/_____
JOSHUA C. EZRIN
Attorneys for Plaintiff

DATED: September 9, 2010    BINGHAM MCCUTCHEN, LLP

By: _____/s/_____
MICHAEL I. BEGERT
Attorneys for Defendant

## [PROPOSED] ORDER

Based on the foregoing stipulation of the Parties, who have entered into a Settlement Agreement to resolve all claims, it is the ORDER of this Court that the Case Management Conference scheduled to be held on September 17, 2010 is moot and taken off calendar pending the filing of the Motion for an Order Granting Preliminary Approval of the Settlement, which will be filed not less than 14 days before the proposed hearing of said Motion on October 15, 2010 at 1:30 p.m. in Courtroom A, 15th Floor, of the above-captioned Court.

IT IS SO ORDERED.

DATED: 09/14/10

/s/ Joseph C. Spero
Magistrate Judge Joseph C. Spero

1

STIPULATION AND [PROPOSED] ORDER CANCELLING CASE MANAGEMENT CONFERENCE

1  I, Joshua C. Ezrin, am the ECF User whose ID and password are being used to file this
2 Joint Stipulation And [Proposed] Order Continuing Case Management Conference. In
3 compliance with General Order 45, X.B., I hereby attest that Michael Begert, counsel for
4 Louisiana-Pacific, Corp. concurred in this filing.

6 Dated: September 9, 2010                              AUDET & PARTNERS, LLP
7                                                By:       /s/
                                                        Joshua C. Ezrin