# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL POSTIER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

LOUISIANA-PACIFIC CORP.,

    Defendant.

Case No. CV 09-3290 JCS

## ORDER

UPON CONSIDERATION of the Notice of Substitution of Counsel, it is, this 15th day of October, 2012, by the United States District Court for the Northern District of California, ORDERED, ADJUDGED AND DECREED that:

1. Frank B. Kennamer and the firm of Bingham McCutcheon, LLP are hereby permitted to withdraw as attorneys for Defendant Louisiana-Pacific Corporation ("LP") in the above-referenced matter; and

2. Tara Sky Woodward and the law firm of Womble Carlyle Sandridge & Rice, LLP are hereby substituted as attorneys for LP in the above-referenced matter.

_____
Judge
United States District Court for the
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*