1  THOMAS A. PACKER (SBN: 104767)
   tpacker@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   Louisiana-Pacific Corporation

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL POSTIER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>LOUISIANA-PACIFIC CORPORATION, et al.,<br><br>　　　　　　　　Third-Party Defendants. | CASE NO. 3:09-cv-03290-JCS<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND CONSENT ORDER GRANTING SUBSTITUTION** |

Notice is hereby given that, subject to approval by this Court, Defendant Louisiana-Pacific Corporation ("LP") substitutes Thomas A. Packer of Gordon & Rees LLP, State Bar No. 104767, as counsel of record in place of T. Sky Woodward of Bradley Arant Boult Cummings LLP.

//
//
//
//
//

//

Contact information for new counsel is as follows:

THOMAS A. PACKER
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
tpacker@gordonrees.com

I consent to the above substitution:

Date: March 27, 2013

/s/ Laura E. Proctor
Laura E. Proctor, Esq.
Associate General Counsel
for Louisiana-Pacific Corporation

I consent to being substituted:

Date: March 27, 2013

/s/ T. Sky Woodward
T. Sky Woodward
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, DC 20036

I consent to the above substitution:

Date: March 27, 2013

/s/ Thomas A. Packer
Thomas A. Packer
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**The substitution of attorney is hereby approved and so ORDERED.**

Date: ~~March __, 2013~~ April 5, 2013         Magistrate [signature] Spero
                                                *Judge Joseph C. Spero*