THOMAS A. PACKER (SBN: 104767)
tpacker@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

JAMES E. WEATHERHOLTZ (admitted *pro hac vice*)
jweatherholtz@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
5 Exchange Street
P.O. Box 999
Charleston, SC 29402-0999
Tel: (843) 722-3400
Fax: (843) 722-7398

Attorneys for Defendant
Louisiana-Pacific Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL POSTIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUISIANA-PACIFIC CORPORATION, et al.,<br><br>Third-Party Defendants. | CASE NO. 3:09-CV-03290-JCS<br><br>**STIPULATION TO CONTINUE MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND ENJOIN PROSECUTION OF CLAIMS BY CLASS MEMBERS IN ANOTHER FORUM**<br><br>**Date: December 20, 2013**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom G, 15th floor**<br>**Judge: Hon. Joseph C. Spero**<br><br>**Requested New Date:**<br>**January 17, 2014** |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate as follows and request the following relief from the Court:

1.      That the Court continue the hearing on Defendant Louisiana-Pacific Corporation's Motion to Enforce currently noticed for December 20, 2013 to January 17, 2014 or as soon thereafter s the Court may hear it;

2.      That the due date for any Opposition to the motion and Defendant's Reply

1

1  remains the same.

2         Dated: December 3, 2013

3
                                          s/ James E. Weatherholtz
4                                         James E. Weatherholtz (admitted *pro hac vice*)
                                          Womble Carlyle Sandridge & Rice, LLP
5                                         5 Exchange Street
                                          P.O. Box 999
6                                         Charleston, SC  29402-0999
                                          Telephone:  (843) 722-3400
7                                         Facsimile:  (843) 722-7398
                                          jweatherholtz@wcsr.com
8                                         *Counsel for Defendant*
9                                         *Louisiana-Pacific Corporation*

10                                        s/ Thomas A Packer
11                                        Thomas A. Packer
                                          Gordon & Rees, LLP
12                                        275 Battery Street, Suite 2000
                                          San Francisco, CA 94111
13                                        Telephone:  (415) 986-5900
                                          Facsimile:  (415) 986-8054
14                                        tpacker@gordonrees.com
                                          *Counsel for Defendant*
15                                        *Louisiana-Pacific Corporation*

16
                                          s/ Joshua Caleb Ezrin
17                                        Joshua Caleb Ezrin
                                          Audet & Partners, LLP
18                                        221 Main Street, Suite 1460
                                          San Francisco, CA 94105
19                                        Telephone:  (415) 568-2555
                                          Facsimile:  (415) 568-2556
20                                        jezrin@audetlaw.com
                                          *Counsel for Carol Postier, individually and on*
21                                        *behalf of all others similarly situated*
22
                                          s/ Thomas John Borchard
23                                        Thomas John Borchard
                                          Borchard and Callahan, APC.
24                                        25909 Pala, Suite 300
                                          Mission Viejo, CA 92961
25                                        Telephone:  (949) 457-9505
                                          Facsimile:  (949) 457-1666
26                                        *Counsel for Yvonne Langan*
27

28

2

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court continues the

2    hearing date to January 17, 2014.  IT IS SO ORDERED.

3

4

5        Dated:  December  5  , 2013

6

7                                                        Hon. J
                                                         United
8                                                              Judge Joseph C. Spero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  TO  CONTINUE  MOTION  TO  ENFORCE  THE  SETTLEMENT  AGREEMENT  AND  ENJOIN
PROSECUTION OF CLAIMS BY CLASS MEMBERS IN ANOTHER FORUM / CASE NO. 3:09-CV-03290-JCS

1

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

2      I am a resident of the State of California, over the age of eighteen years, and not a party

3  to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite

4  2000, San Francisco, CA 94111.  On December 4, 2013, I served the following document

5  STIPULATION TO CONTINUE MOTION TO ENFORCE THE SETTLEMENT

6  AGREEMENT AND ENJOIN PROSECUTION OF CLAIMS BY CLASS MEMBERS IN

7  ANOTHER FORUM by placing a true copy thereof enclosed in a sealed envelope, at a station

8  designated for collection and processing of envelopes and packages for overnight delivery by

9  FedEx as part of the ordinary business practices of Gordon & Rees LLP described below,

10  addressed as follows

11      Attorneys for Plaintiffs Cheapskate Charlie's LLC,
        Cabinets To Go, Inc., Boston Cedar, Inc.,
12      and Cal Garland d/b/a Meadow River Lumber
        Barry A. Steinway
13      Steinway Law Offices, P.C.
        32000 Northwestern Hwy, Suite 140
14      Farmington Hills, Michigan 48334
        Telephone:  (248) 536-2544
15
        Attorneys for Louisiana-Pacific Corporation
16      Kevin G. Dougherty
        Elisabeth M. Von Eitzen
17      Warner Norcross & Judd, LLP
        111 Lyon Street, N.W. Suite 900
18      Grand Rapids, Michigan 49503
        Telephone:  (616) 752-2000
19

20      I am readily familiar with the firm's practice of collection and processing correspondence

21  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

22  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

23  motion of the party served, service is presumed invalid if postal cancellation date or postage

24  meter date is more than one day after the date of deposit for mailing in affidavit.

25      I declare under penalty of perjury under the laws of the State of California that the above

26  is true and correct.  Executed on December 4, 2013 at San Francisco, California.

27

28
                                        _____
                                        Jeanine M. Chavin

4