UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAPSKATE CHARLIE'S LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA-PACIFIC CORPORATION,<br><br>Defendant. | Case No. 13-cv-05888-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Joseph C. Spero for consideration of whether the case is related to 3:09-cv-03290-JCS.

**IT IS SO ORDERED.**

Dated: March 31, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge